## RECONSIDERATION DOCKET

**96–2258.   State ex rel. Druggan v. Indus. Comm.**
In Mandamus.   Reported at 85 Ohio St.3d 683, 710 N.E.2d 1133.   On motion for reconsideration. Motion denied.